# ATTACHMENT 1

# Allegations fly again at Dobbertin hearing

*By JB Miller*
*The Bulletin*

Like a blast from the past, accusations of passing blame, revenge and perjury were thrown about during a name-clearing hearing for ex-Police Chief Ed Dobbertin last week at the Patagonia Town Hall.

Approximately 16 people were in attendance at the daylong meeting on March 8 that included lawyers and witnesses representing both Dobbertin and the Town of Patagonia.

A name-clearing hearing is held when a termination can damage a person's reputation and possibly prevent that person from becoming employed again.

Judge William Druke from Tucson presided as hearing officer to determine if there was cause or no cause for the town to fire Dobbertin last October.

Roger Frazier, the town's attorney, maintained that Dobbertin's dismissal was solely based on a lost of trust between the Santa Cruz County Attorney's Office and the Patagonia Marshal's Office, which culminated with the release of Patagonia resident Alan Woods from prison in September after Superior Court Judge Ana Montoya-Paez threw out all seven convictions against him.

In making her ruling, Montoya-Paez said Dobbertin knew that the most serious charge involving an alleged assault against Patagonia Police Officer Dale Stevenson was bogus and therefore undermined the integrity of the entire case. Montoya-Paez eventually found both Dobbertin and Stevenson in contempt of court.

However, Dobbertin's attorney, Jeff Rogers, continues to maintain that Dobbertin and his department were made scapegoats for mistakes made by the Santa Cruz County Attorney's Office during the Woods' investigation and subsequent trial. Dobbertin and his defense also maintained that certain council members already had it in for Dobbertin and that the Woods issue was merely a catalyst for finally getting rid of him.

'Simply a pretext'

The first witness asked to give testimony at the hearing was ex-town manager Robert Hutchins, who said Santa Cruz County Attorney George Silva and Detective Raul Rodriguez visited him shortly after the charges against Woods were dropped.

"Mr. Silva wanted to explain what action had been taken and explain why he had not had contact with Chief Dobbertin or the town," said Hutchins, who added that Silva went on to explain how Montoya-Paez had come up with her findings.

"She found the charging documents were defective and that in open court said Dobbertin had perjured himself," Hutchins said. "The credibility of the Patagonia Police Department was in question, and Silva said he could not work with the chief or town and any further cases would have to be submitted to the Attorney General's Office."

However, Hutchins also said Silva stated several times that he thought Dobbertin believed that Stevenson was an officer at the time of the incident. Stevenson was in fact not a certified peace officer at the time of an alleged confrontation with Woods at the Patagonia Marshal's Office involving a broken bottle.

"He said he didn't think there was any malicious attempt on behalf the police department," Hutchins said.

Shortly after the meeting with Silva, the Patagonia Town Council voted to fire Dobbertin, and on Oct. 6 a motion passed 3-2 instructing Hutchins to terminate Dobbertin.

When asked by the town's attorney if he carried out the order, Hutchins said he couldn't do it in good conscience.

"There was definitely an issue of sloppiness on Chief Dobbertin's part but also a negligence on the county attorney's office for not inquiring whether Stevenson was a peace officer at the time," Hutchins said. "It was my opinion that members of the council wanted to get rid of Dobbertin for a long time and this was simply a pretext."

Silva was subpoenaed to appear at the hearing and was present at the town hall, but he was never called to testify.

Changing tide

Hutchins said the issues with Silva were only part of a larger problem and the

Woods case was not the only source of criticism against Dobbertin. In the past, the council and local residents clashed with the chief over issues that included Dobbertin's reluctance to live in town, his use of police vehicles outside the local jurisdiction, a faulty time clock at the Marshal's Office, and accusations that the Patagonia police were slow to respond to calls.

Hutchins said a new council had begun to form after he was hired in 2009, and when Ike Isakson became mayor in the summer of 2010, "the tide changed."

Hutchins said there was interest in removing Chief Dobbertin but nothing came up until the Woods dismissal something Dobbertin's attorney referred to as a plausible "golden opportunity."

Bad experience

During his testimony, John Grady, who served on the force from 2007 to 2010 as lieutenant and then deputy chief, said he resigned in November because of "an extremely hostile work environment."

Grady described his experience in the community, which he described as "a high traffic drug area." Grady said he was told to hold off drug enforcement and concentrate on speeding, which made money for the town.

Grady said he became disliked because he had arrested two boys following a break-in at the local high school - one the son of Councilwoman Andrea Wood and the other the son of Councilman Gilbert Quiroga. In addition, Grady said he had taken part in a drug raid allegedly involving various members of the Monge family. He said some of those arrested were connected with the Patagonia Volunteer Fire Department, which Mayor Isakson is captain of.

Mike Batelli, who served as a police detective for the Tucson Police Department, was hired by the town to conduct Dobbertin's background check. Batelli testified that Dobbertin had a virtually flawless background when he conducted his investigation in 2006, and had been awarded numerous commendations. He added however, that Dobbertin had received a letter of reprimand upon his third vehicle accident while serving as a police officer in Tucson, and had been terminated from his position as police chief in Huachuca City in 2003 after he "got caught up in a political battle."

Dobbertin speaks

Finally Dobbertin took the stand. Dobbertin also blamed small town politics for his dismissal, saying he finished under budget and had supplied the vehicles for the Patagonia Police Department as the result of police work through forfeitures and seizures. He also said that police seized a "significant amount of pot" during his employment. He said things began to change in 2008 after he terminated an officer for using a computer to illegally access personal data and background information on several people, and for being insubordinate.

Dobbertin said Quiroga was upset about the firing of that officer and following that termination, Dobbertin said, he had numerous negative interactions with Quiroga, who was serving as the acting mayor.

As far as the Woods case, Dobbertin said he had not listed "aggravated assault against a peace officer" as one of the charges, but rather "aggravated assault" because he knew Stevenson was not a certified peace officer at the time of Woods arrest. Dobbertin added that he had to sign the complaint quickly and consequently had not read it all. He said after signing the complaint he didn't hear about the case again until the motion to vacate Wood's conviction appeared.

After arguments from both sides were presented, Druke said he still had a number of documents to review before he could render a decision, which will occur sometime later this month.